**No. 57182.**—Ignaz Strauss & Co., Inc. *v.* United States, protests 173291-K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the items of merchandise marked "A" consist of brass silent butlers similar in all material respects to those the subject of *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261) and that the items marked "B" consist of brass smoothing irons and other trays the same as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiff was sustained.

**No. 57183.**—The Brush Beryllium Company *v.* United States, protest 187389-K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57184.**—Traders Service Corporation *v.* United States, protest 191562-K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57185.**—Davies, Turner & Co. *v.* United States, protest 193807-K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.